1  W. SCOTT QUINLAN, #101269
   Attorney at Law
2  2333 Merced Street
   Fresno, CA 93721
3  (559) 442-0634
   (559) 233-6947
4
5  Attorney for Defendant, SAUL PACHECO PANUCO

FILED

MAY 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>SAUL PACHECO PANUCO<br><br>        Defendant. | Case No CRF-10-0167 AWI<br><br>**DEFENDANT SAUL PACHECO PANUCO'S EX PARTE APPLICATION FOR AN ORDER PREVENTING THE GOVERNMENT FROM DESTROYING THE MARIJUANA SEIZED IN THIS CASE**<br><br>COURT:   Honorable Anthony W. Ishii |

**APPLICATION**

Defendant, Saul Pacheco Panuco, applies to this Court for an order prohibiting the government from destroying all marijuana seized in the above-captioned case. Defense counsel made his first appearance in the case on May 17, 2010. Discovery provided on that day to the defense shows pictures of what appears to be seedling marijuana plants, the numbers of which cannot be ascertained from the photos; nor can it be ascertained if these plants have roots.

Defendant requests that this evidence be preserved until the defense has had an opportunity to examine it, weigh it, and count and examine seedlings which are claimed to be marijuana plants. Defendant has been charged with cultivating 1,000 or more such plants, and

///

///

1  the preservation of such evidence until his counsel has a chance to examine it is necessary to his
2  defense.
3
4  Dated:  May 19, 2010                              Respectfully submitted,
5
6                                                    /s/ W. Scott Quinlan
                                                     W. Scott Quinlan, Attorney for
7                                                    Defendant, SAUL PACHECO PANUCO
8
9
10      Upon reviewing the ex parte application of Defendant Saul Pacheco Panuco, and good
11 cause appearing therefore;
12      IT IS HEREBY ORDERED that all marijuana seized in the above-captioned case,
13 including seedlings, shall not be destroyed until further order of this court.
14
15
16 Dated:  5-20-10                                   _____
                                                     Honorable Anthony W. Ishii
17
18
19 .
20
21
22
23
24
25
26
27
28

2