W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
(559) 442-0634
(559) 233-6947

Attorney for Defendant, SAUL PACHECO PANUCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) | Case No CRF-10-0167 AWI |
|---|---|---|
| Plaintiffs, | ) | **STIPULATION AND ORDER RESCHEDULE STATUS HEARING** |
| vs. | ) | |
| SAUL PACHECO PANUCO | ) | DATE: August 9, 2010 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | COURT: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and W. Scott Quinlan, attorney for Defendant, that the status hearing currently set for July 26, 2010 at 9:00 a.m. in the above-captioned court be rescheduled to August 9, 2010 at 9:00 a.m. There is good cause for this continuance in that Mr. Quinlan has a calendar conflict.

Dated:   July 21, 2010                    /s/ W. Scott Quinlan
                                          W. Scott Quinlan, Attorney for
                                          Defendant, SAUL PACHECO PANUCO

Dated:   July 21, 2010                    /s/ Karen A. Escobar
                                          Karen A. Escobar,
                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: <u>   July 21, 2010   </u>                              /s/ signature
CHIEF UNITED STATES DISTRICT JUDGE

2