BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-0167 AWI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| SAUL PACHECO-PANUCO, | ) | |
| Defendant. | ) | |

Defendant SAUL PACHECO-PANUCO, by and through his attorney, W. SCOTT QUINLAN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate the November 22, 2010, hearing date, recently set by the Court sua sponte, and reset the matter for November 29, 2010, at 1:30 p.m.

2.  The parties stipulate that the continuance is necessary to ensure continuity of counsel for the government. The matter is not routine and may require an evidentiary hearing. Counsel for the government will be in training out of the district on November

1

22 and both counsel for the defendant and government will be available the following week.

3. The parties further stipulate that time should be excluded in the interest of justice.

DATED: October 28, 2010                      Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Karen A. Escobar
                                               KAREN A. ESCOBAR
                                             Assistant U.S. Attorney


                                             /s/ W. Scott Quinlan
                                             W. SCOTT QUINLAN
                                             Attorney for Defendant
                                             SAUL PACHECO-PANUCO

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of November 22 is hereby vacated in this matter and is reset for November 29, 2010, at 1:30 p.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the government continuity of counsel and would deny the defendant an opportunity to further investigate and properly negotiate.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A). IT IS SO ORDERED.

Dated:    November 2, 2010                   _____
                                             CHIEF UNITED STATES DISTRICT JUDGE

2