BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:10-cr-0167 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | STIPULATION RE: CONTINUANCE AND ORDER |
| SAUL PACHECO-PANUCO, | ) ) ) | |
| Defendant. | ) ) ) | |

Defendant SAUL PACHECO-PANUCO, by and through his attorney, W. SCOTT QUINLAN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate the April 28, 2011, 9:00 a.m. hearing date, set in this matter, and reset the matter for May 16, 2011, at 1:30 p.m.

2.  The parties stipulate that the continuance is necessary due to the unavailability of counsel for the government, who will need three weeks to recuperate from surgery scheduled April 19.

3.  The parties further stipulate that time should be

1

excluded in the interest of justice.

DATED: March 29, 2011                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney


                                         /s/ W. Scott Quinlan
                                         W. SCOTT QUINLAN
                                         Attorney for Defendant
                                         SAUL PACHECO-PANUCO

                         O R D E R

     Having read and considered the foregoing stipulation,

     IT IS THE ORDER of the Court that the current hearing date of

April 28, 2011, at 9 a.m., is hereby vacated in this matter and is

reset for May 16, 2011, at 1:30 p.m.

     The Court further finds that the ends of justice served by

granting the requested continuance outweigh the best interests of

the public and the defendant in a speedy trial, in that the

failure to grant the continuance would deny the government

continuity of counsel and deny the parties the opportunity to

continue pretrial investigation and pursue plea negotiations.

     WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in

the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:    March 31, 2011

                         CHIEF UNITED STATES DISTRICT JUDGE