```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-0167 AWI |
| Plaintiff, ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| SAUL PACHECO-PANUCO, ) | |
| Defendant. ) | |

Defendant SAUL PACHECO-PANUCO, by and through his attorney, W. SCOTT QUINLAN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate the June 20, 2011, 9:00 a.m. hearing date, set in this matter, and reset the matter for June 27, 2011, at 9:00 a.m.

2.  The parties stipulate that the continuance is necessary due to the unavailability of counsel for the government, who will be in Washington, D.C. on business.

3.  The parties further stipulate that time should be

1

excluded in the interest of justice.

DATED: May 31, 2011                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                By: /s/ Karen A. Escobar
                                                    KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

                                                /s/ W. Scott Quinlan
                                                W. SCOTT QUINLAN
                                                Attorney for Defendant
                                                SAUL PACHECO-PANUCO

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of June 20, 2011, at 9:00 a.m., is hereby vacated in this matter and is reset for June 27, 2011, at 9:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the government continuity of counsel and deny the parties the opportunity to continue pretrial investigation and pursue plea negotiations.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:     May 31, 2011                            _____
                                               CHIEF UNITED STATES DISTRICT JUDGE