BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-0167 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| SAUL PACHECO-PANUCO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant SAUL PACHECO-PANUCO, by and through his attorney, W. SCOTT QUINLAN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties agree to set the above-captioned matter for a change of plea on August 1, 2011, at 9:00 a.m.

DATED: July 25, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

1

/s/ W. Scott Quinlan
W. SCOTT QUINLAN
Attorney for Defendant
SAUL PACHECO-PANUCO

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the above-captioned matter shall be set for a change of plea on August 1, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____July 26, 2011_____    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE