W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
(559) 442-0634
(559) 233-6947

Attorney for Defendant, SAUL PACHECO PANUCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | ) | Case No CRF-10-0167 AWI |
|---|---|---|
| Plaintiffs, | ) | **STIPULATION AND ORDER RESCHEDULE SENTENCING HEARING** |
| vs. | ) | |
| SAUL PACHECO PANUCO | ) | DATE:   October 17, 2011 |
| Defendant. | ) | TIME:   9:00 a.m. |
| | ) | COURT: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and W. Scott Quinlan, attorney for Defendant, that the sentencing hearing currently set for October 17, 2011 at 9:00 a.m. in the above-captioned court be rescheduled to December 5, 2011 at 9:00 a.m. There is good cause for this continuance in that the parties are ascertaining facts necessary to safety valve determination at sentencing.

Dated:   October 5, 2011                                   /s/ W. Scott Quinlan
                                                          W. Scott Quinlan, Attorney for
                                                          Defendant, SAUL PACHECO PANUCO


Dated:   October 5, 2011                                   /s/ Karen A. Escobar
                                                          Karen A. Escobar,
                                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   October 5, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE