BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-cr-0167 AWI |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| SAUL PACHECO-PANUCO, | |
| Defendant. | |

Defendant SAUL PACHECO-PANUCO, by and through his attorney, W. SCOTT QUINLAN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties agree to continue sentencing in this matter from December 5 to December 12, 2011, at 9:00 a.m. in order to complete

////
////
////
////
////

1

1 further investigation in connection with the safety valve
2 provision.
3 DATED: November 28, 2011                    Respectfully submitted,
4                                             BENJAMIN B. WAGNER
                                              United States Attorney
5
                                              By: /s/ Karen A. Escobar
6                                                KAREN A. ESCOBAR
                                              Assistant U.S. Attorney
7
8                                             /s/ W. Scott Quinlan
                                              W. SCOTT QUINLAN
9                                             Attorney for Defendant
                                              SAUL PACHECO-PANUCO
10
                        O R D E R
11
    Having read and considered the foregoing stipulation,
12
    IT IS THE ORDER of the Court that the above-captioned matter
13
shall be continued from December 5 to December 12, 2011, at 9:00
14
a.m. for sentencing.
15
16 IT IS SO ORDERED.
17
Dated:      November 28, 2011              _____
18                                         CHIEF UNITED STATES DISTRICT JUDGE

2